**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ex parte James Edward Demaio

Appellate case number:   01-20-00317-CR

Trial court case number:  19-2204-CC2

Trial court:                      County Court at Law No. 2 of Williamson County

The Clerk of the Court has examined the clerk's record filed in this appeal and found that the clerk's record does not include a copy of the trial court's certification of appellant's right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), 25.2(d), 34.5(a)(12), 37.1. An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d). However, the Texas Rules of Appellate Procedure prohibit us from dismissing an appeal based on the lack of a valid certification when we determine that an appellant has a right of appeal. *See id.* 25.2(d), 44.4(a); *Micheaux v. State*, No. 01-15-00168-CR, 2016 WL 1162872, at *1 (Tex. App.—Houston [1st Dist.] Mar. 24, 2016, no pet.) (mem. op., not designated for publication).

Accordingly, we abate the appeal and remand the case to the trial court for the trial court to prepare and execute a Certification of Appellant's Right to Appeal that complies with Texas Rule of Appellate Procedure 25.2(d). *See* TEX. R. APP. P. 25.2(d), 37.1, 44.4. The trial court clerk is directed to file a supplemental clerk's record containing the certification of appellant's right of appeal no later than 30 days from the date of this order. *See* TEX. R. APP. P. 34.5(c)(2).

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature:_____/s/ Russell Lloyd_____
                                           Acting individually

Date:  April 16, 2020